FILED
Lucinda B. Rauback, Acting Clerk
United States Bankruptcy Court
Augusta, Georgia
By jpayton at 4:22 pm, Sep 07, 2012

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA

Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Case |
| | ) | Number <u>12-11146</u> |
| LANESHA RONTRY WALKER | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## **OPINION AND ORDER**

Pursuant to notice and a hearing, the claim of Collection Receivables, Inc. (Claim No. 4) is stricken. In accordance with Bankruptcy Rule 5005(a)(2) this court established practices and procedures requiring all documents be filed electronically unless a waiver is granted.

> Unless otherwise expressly provided . . . all petitions, motions, memoranda of law, claims, or other pleadings and documents shall be filed electronically using the Electronic Case Files (ECF) system, or shall be scanned and uploaded, unless otherwise required or permitted by the Court.

ECF Local Rule 1, effective October 1, 2010, http://www.gasb.uscourts.gov/pdf/MandatoryAdministrativeProcedures _October2010.pdf; <u>see also</u> Fed. R. Bankr. P. 9029.

This electronic filing requirement applies to all

entities filing proofs of claim in the Southern District of Georgia. See id. § II.A.1.g. ("If such entities file paper claims without a judicial waiver, the court will consider striking the documents.") Moreover, specially as to proofs of claim, "Entities that file fifteen (15) or more proofs of claim during any 12 month period must file the claims electronically. . . ." Id. at § II.A.1.g.

Notwithstanding the provisions of ECF Local Rule 1 and the Administrative Procedures, Collection Receivables, Inc. conventionally filed proof of claim without first seeking permission of the Court. Accordingly, the Clerk's office on August 2, 2012, issued an Order to Show Cause why sanctions should not be imposed by the court for failure to comply with the electronic filing requirements or, request leave to be allowed to file conventionally.

Collection Receivables, Inc. did not respond to the notice. A hearing was set for Collection Receivables, Inc. to show cause why it should be permitted to file conventionally. After notice, Collection Receivables, Inc. failed to appear at the August 20, 2012 hearing.

Collection Receivables, Inc. thus having failed to comply with the mandatory electronic filing procedures of the

2

Bankruptcy Court and having failed to appear at the show cause hearing, the proof of claim of Collection Receivables, Inc. in the amount of $76.95 is ORDERED STRICKEN.

*Susan D. Barrett*
SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia
this 6th Day of September 2012.

AO 72A
(Rev. 8/82)